IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL OSHEY WILLIAMS and JOHN WILLIE MCRAE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV 323-038 |
| SHERIFF SIM DAVIDSON, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion as modified herein and **DISMISSES** without prejudice the above-captioned case.

In accordance with the Magistrate Judge's Report and Recommendation, Plaintiffs have both already filed individualized complaints and motions to proceed *in forma pauperis*. See McRae v. Davidson, CV 323-043, doc. nos. 1, 2 (S.D. Ga. June 2, 2023); Williams v. Davidson, CV 323-044, doc. nos. 1, 2 (S.D. Ga. June 2, 2023). The Court **DIRECTS** the **CLERK** to file the original complaint from the above-captioned case, *nunc pro tunc* to May 9, 2023, in both CV 323-043 and CV 323-044 and update the docket in each to reflect the complaints filed June 2, 2023, are the amended complaints. This Order shall also be filed in

both CV 323-043 and CV 323-044, and those cases shall proceed in the normal course of business with the June 2nd amended complaints as the operative pleadings.

SO ORDERED this ___8th___ day of June, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE